**Criminal Case Cover Sheet**         **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** IRS

**City** Dorchester
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 23-mj-4224-DHH
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes ✔ No

Defendant Name: DET TRAN    Juvenile: ☐ Yes ✔ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ✔ No

Alias Name: _____
Address: 98 WELLES AVE DORCHESTR CTR MA 02124-2445
Birth date (Yr only): 1961   SSN (last 4#): 7586   Sex: M   Race: _____   Nationality: _____

Defense Counsel if known: Martin G. Weinberg    Address: 20 Park Plaza Suite 1000, Boston, MA 02116
Bar Number: 519480

**U.S. Attorney Information**
AUSA: Benjamin A. Saltzman    Bar Number if applicable: 683169

**Interpreter:** ✔ Yes ☐ No    List language and/or dialect: Vietnamese

**Victims:** ✔ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ✔ No

**Matter to be SEALED:** ☐ Yes ✔ No

☐ Warrant Requested    ✔ Regular Process    ☐ In Custody

**Location Status:** _____
**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ✔ Information    ☐ Indictment
**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ✔ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

✔ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/15/2024    Signature of AUSA: /s/ Benjamin A. Saltzman

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 26 U.S.C. § 7202 | Failure to Collect and Pay Over Taxes | 1-2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013